UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELBERT L. BROWN,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 14- 01380 (KBJ) |
| **GOVERNMENT OF THE DISTRICT OF COLUMBIA,** | : |
| **Defendant.** | : |

**CONSENT MOTION OF DEFENDANT GOVERNMENT
OF THE DISTRICT OF COLUMBIA FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Defendant the District of Columbia (the District) respectfully moves under Fed. R. Civ. P. 6(b)(1) for an Order extending its time to respond to the Complaint by 14 days, from the current filing deadline of September 30, 2015, to and including October 14, 2015.

This extension is requested to allow undersigned counsel to complete legal and factual research necessary to prepare and submit a responsive pleading in response to the Complaint, served on September 9, 2015, while meeting preexisting deadlines in matters before the United States District Court for the District of Columbia and the Superior Court of the District of Columbia.

No prior extensions have been granted to any party.

This relief is not sought to delay this proceeding or to prejudice any party. Granting this extension would not impact previously established deadlines. Thus, no schedule for other affected deadlines is proposed.

Undersigned counsel has conferred with opposing counsel regarding this requested relief in accordance with LCvR 7(m). Counsel for Plaintiff have consented to this relief.

The District respectfully requests that for good cause shown above this consent motion and requested extension be granted.

Date: September 25, 2015        Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

ELIZABETH SARAH GERE
Acting Deputy Attorney General
Public Interest Division

*/s/ Toni Michelle Jackson*
TONI MICHELLE JACKSON, Bar Number 453765
Chief, Equity Section

/s/  *Thomas L. Koger*
THOMAS L. KOGER, D.C. Bar No. 427921
Senior Assistant Attorney General
Office of the Attorney General for the District of Columbia
441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
Tel: (202) 727-4170
Fax: (202) 715-7725
Email: thomas.koger@dc.gov

*Counsel for Defendant Government of the District of Columbia*