## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **ELBERT L. BROWN,** | : |
|  | : |
|  | : |
| **Plaintiff,** | : |
|  | : |
|  | : **Civil Action No. 14-1380 (KBJ)** |
| **v.** | : |
|  | : |
| **GOVERNMENT OF THE DISTRICT OF** | : |
| **COLUMBIA,** | : |
|  | : |
| **Defendant.** | : |
|  | : |

_____

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT GOVERNMENT OF THE DISTRICT OF COLUMBIA'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

In support of its Consent Motion for Extension of Time to Respond to Complaint,

Defendant Government of the District of Columbia relies on the following authorities:

1.  Inherent power of the Court;

2.  FED.R.CIV.P. 6(b)(1);

3.  The lack of demonstrable prejudice to the parties;

4.  The record herein.

September 25, 2015                    Respectfully submitted,

                                     KARL A. RACINE
                                     Attorney General for the District of Columbia

                                     ELIZABETH SARAH GERE
                                     Acting Deputy Attorney General
                                     Public Interest Division

                                     */s/ Toni Michelle Jackson*
                                     TONI MICHELLE JACKSON, Bar Number 453765
                                     Chief, Equity Section

/s/   *Thomas L. Koger*
THOMAS L. KOGER, D.C. Bar No. 427921
Senior Assistant Attorney General
Office of the Attorney General for the District of Columbia
441 Fourth Street, N.W., Suite 630 South
Washington, D.C.  20001
Tel: (202) 727-4170
Fax: (202) 715-7725
Email: thomas.koger@dc.gov

*Counsel for Defendant Government of the District of Columbia*