# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELBERT L. BROWN, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | )  No. 15-cv-1380 (KBJ) |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA, | ) ) ) ) |
| Defendant. | ) ) |

## **ORDER**

Before this Court is Plaintiffs' motion for leave to file a Fifth Amended Complaint. (ECF No. 57.) Among other changes, Plaintiffs' proposed amended pleading deletes all allegations pled in the alternative, deletes both of Plaintiffs' Fourth Amendment claims, reorganizes Plaintiffs' remaining First Amendment claims, and adds a new plaintiff. Defendant opposes Plaintiffs' motion. (*See* ECF No. 58, at 2 (arguing, *inter alia*, that "plaintiffs have repeatedly failed to cure basic deficiencies" through their numerous amended complaints; "the[] proposed amendments are futile"; "the proposed amendments would cause undue delay"; "plaintiffs should not be permitted to re-litigate previously identified legal issues"; and "allowing additional amendments would prejudice the District").)

The Federal Rules establish that leave to amend a complaint should be "freely give[n] . . . when justice so requires." Fed. R. Civ. P. 15(a)(2). This Court fully recognizes that Plaintiffs have had several prior bites at this apple, in a manner that is justifiably frustrating to Defendant. However, the instant motion to amend will be granted, because amending the complaint to strike the Fourth Amendment claims, delete

all allegations pled in the alternative, and generally clarify Plaintiffs' factual allegations and legal theories unquestionably aids the Court in determining whether the remaining claims can survive a motion to dismiss.  That said, *this will be the final amendment to the complaint that Plaintiffs are permitted to make*, and Defendant will have the opportunity to streamline its motion to dismiss such that it addresses only those claims that Plaintiffs now seek to prosecute.  Ultimately, then, both the amended complaint and a revised motion to dismiss will benefit all concerned.

Accordingly, it is hereby

**ORDERED** that Plaintiffs' [57] Motion for Leave to File a Fifth Amended Complaint is **GRANTED**.  In light of this ruling, and because this Court finds that Plaintiffs' amendments materially impact the arguments raised in Defendant's pending motion to dismiss, it is

**FURTHER ORDERED** that Defendant's [48] Motion to Dismiss is **DENIED WITHOUT PREJUDICE**, as moot.  Defendant may refile its motion to dismiss (with any changes needed to make the motion directly responsive to Plaintiffs' Fifth Amended Complaint) on or before May 31, 2018.  Plaintiffs' opposition, and Defendant's reply, if any, may be filed within the timeframe prescribed by the Federal Rules.

DATE:  April 30, 2018                                              *Ketanji Brown Jackson*
                                                            KETANJI BROWN JACKSON
                                                            United States District Judge