# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELBERT BROWN,** *et al.*, <br><br> On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **GOVERNMENT OF THE DISTRICT OF COLUMBIA,** <br><br> Defendant. | Civil Action No: **15-01380 (KBJ)** |

# PLAINTIFF LOUIS SYLVESTER WHITE'S NOTICE OF DISMISSAL OF ALL CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1) Plaintiff Louis Sylvester White (but **only** Plaintiff Louis Sylvester White) acting solely for himself hereby dismisses all of **his** claims in this action against the sole defendant, the government of the District of Columbia.

Respectfully submitted,

/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiff Louis Sylvester White

1

717 D Street N.W., Ste 300
Washington, DC 20004-2815
Phone 202/824-0700
Email claibornelaw@gmail.com