# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| ELBERT LEE BROWN, *et al.*, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-cv-1380 (KBJ) |
| | ) | |
| GOVERNMENT OF THE DISTRICT | ) | |
| OF COLUMBIA, | | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

This Court has considered Defendant District of Columbia's [63] Motion to Dismiss Plaintiffs' Fifth Amended Complaint and the memoranda of law that the parties have submitted with respect to the motion.  (*See* ECF Nos. 63, 64, 65.)  The Court has also taken into account that Plaintiff Louis Sylvester White has voluntarily dismissed his claim, which appears as Claim 2 of the operative complaint.  (*See* Pls.' Fifth Am. Compl., ECF No. 61, at ¶¶ 184–95 (naming White as the sole plaintiff in Claim 2).)[1] The Court has reached the following conclusion regarding the disposition of Defendant's motion to dismiss; its reasoning will be set forth in a Memorandum Opinion to be issued shortly, absent unforeseen circumstances.

It is hereby

---

[1] White voluntarily dismissed his claims in this action pursuant to Federal Rule of Civil Procedure 41(a)(1) on May 30, 2018.  (*See* Pl. White's Notice of Dismissal of All Claims, ECF No. 62.) Therefore, as the remaining Plaintiffs agree, there is no longer a Claim 2 for the Court to dismiss.  (*See* Pls.' Opp'n to Def.'s Mot. to Dismiss, ECF No. 64, at 48 (citing *Miniter v. Sun Myung Moon*, 736 F. Supp. 2d 41, 44 n.7 (D.D.C. 2010)).)

**ORDERED** that [63] Defendant's Motion to Dismiss is **DENIED**.

This Order shall not be deemed a final Order subject to appeal until the Court has issued its Memorandum Opinion. *Cf St. Marks Place Hous. Co. v. U.S. Dep't of Hous. & Urban Dev.*, 610 F.3d 75, 80–82 (D.C. Cir. 2010).

DATE:  March 29, 2019                    *Ketanji Brown Jackson*

KETANJI BROWN JACKSON
United States District Judge