UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELBERT BROWN,** *et al.*,<br><br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA,**<br><br>　　　　**Defendant.** | Civil Action No. 15-01380 (KBJ) |

### DEFENDANT'S CONSENT MOTION TO STAY LITIGATION

　　Defendant the District of Columbia (the District) submits this Consent Motion to Stay Litigation so that the Parties may discuss the possibility of settlement. Following the filing of the District's Answer [73], the Court issued an initial scheduling order [74] on July 11, 2019, setting an initial scheduling conference for August 22, 2019 and requiring the Parties to meet-and-confer regarding discovery. The District now seeks a 60-day stay of the litigation until September 24, 2019. The Parties are exploring whether they can reach a settlement of this matter, and a 60-day stay would allow the Parties sufficient time to pursue possible resolution. *See* Fed. R. Civ. P. 6(b)(1).

　　A memorandum of points and authorities and a proposed order are attached. Pursuant to Local Civil Rule 7(m), undersigned counsel discussed this matter with plaintiffs' counsel; plaintiffs consent to the requested relief. The District respectfully requests that the Court grant the Consent Motion and enter the proposed order.

Dated:  July 26, 2019.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　KARL A. RACINE
　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

TONI MICHELLE JACKSON
Deputy Attorney General
Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Gregory M. Cumming
GREGORY M. CUMMING [1018173]
ROBERT RICH [1016908]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
Tel:  (202) 724-6591; (202) 724-6627
robert.rich@dc.gov; gregory.cumming@dc.gov

*Counsel for the District of Columbia*