UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELBERT BROWN,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **GOVERNMENT OF THE DISTRICT OF COLUMBIA,** <br><br> **Defendant.** | **Civil Action No. 15-01380 (KBJ)** |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S CONSENT MOTION TO STAY LITIGATION

In support of its Consent Motion to Stay Litigation (Consent Motion), defendant the District of Columbia (the District) submits the following:

1. Rule 6(b)(1) of the Federal Rules of Civil Procedure;
2. Plaintiffs' consent to the requested stay;
3. The District's showing of good cause in support of the Consent Motion; and
4. The inherent power of the Court.

The District seeks a 60-day stay, until September 24, 2019, for good cause. The requested stay will allow the Parties to discuss possible resolution of this matter. Accordingly, the District requests that the Court grant the Consent Motion and enter the proposed order.

Dated: July 26, 2019.               Respectfully submitted,

                                                        KARL A. RACINE
                                                        Attorney General for the District of Columbia

                                                        TONI MICHELLE JACKSON
                                                        Deputy Attorney General
                                                        Public Interest Division

/s/ Fernando Amarillas
FERNANDO AMARILLAS [974858]
Chief, Equity Section

/s/ Gregory M. Cumming
GREGORY M. CUMMING [1018173]
ROBERT RICH [1016908]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
Tel:  (202) 724-6591; (202) 724-6627
robert.rich@dc.gov; gregory.cumming@dc.gov

*Counsel for the District of Columbia*