UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELBERT BROWN,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **GOVERNMENT OF THE DISTRICT OF COLUMBIA,** <br><br> **Defendant.** | Civil Action No. 15-01380 (KBJ) |

## ORDER

Upon consideration of defendant's Consent Motion to Stay Litigation (Consent Motion), and the entire record, it is this _____ day of July, 2019, ORDERED that:

1) The Consent Motion is GRANTED; and

2) This matter is STAYED until September 24, 2019.

_____
THE HONORABLE KETANJI BROWN JACKSON
Judge, United States District Court
    for the District of Columbia