# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELBERT BROWN,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **GOVERNMENT OF THE DISTRICT OF COLUMBIA,** <br><br> Defendant. | Civil Action No. 15-01380 (KBJ) |

## JOINT STATUS REPORT

As directed by the Court's July 26, 2019 Minute Order, the Parties submit this Joint Status Report. The Parties continue to discuss the possibility of settlement, and, at plaintiffs' request, the District of Columbia has disclosed information intended to assist plaintiffs in ascertaining the size of the potential classes they identified in their Fifth Amended Complaint. At this time, the Parties believe an additional stay of the litigation, until January 2, 2020, would further assist them in pursuing the amicable resolution of this case. Accordingly, the Parties request an extension of the stay and propose the filing of another joint status report on or before January 2, 2020.

Dated: September 24, 2019.                    Respectfully submitted,

/s/ William Claiborne                         KARL A. RACINE
WILLIAM CLAIBORNE [446579]                    Attorney General for the District of Columbia
ClaiborneLaw
717 D Street, N.W.                            TONI MICHELLE JACKSON
Suite 300                                     Deputy Attorney General
Washington, D.C. 20004                        Public Interest Division
(202) 824-0700
claibornelaw@gmail.com                        /s/ Fernando Amarillas
                                              FERNANDO AMARILLAS [974858]
*Counsel for Plaintiffs*                      Chief, Equity Section

/s/ Robert Rich
GREGORY M. CUMMING [1018173]
ROBERT RICH [1016908]
Assistant Attorneys General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 724-6627; 724-6591
gregory.cumming@dc.gov;
robert.rich@dc.gov

*Counsel for Defendant*