UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELBERT BROWN,** *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA,**<br><br>　　　　Defendant. | Civil Action No. 15-01380 (KBJ) |

## NOTICE OF APPEARANCE

　　The Clerk shall please enter the appearance of Assistant Attorney General Shani C. Brown as counsel for defendant the District of Columbia.

Dated:  April 8, 2019.　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　KARL A. RACINE
　　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　　TONI MICHELLE JACKSON
　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　Public Interest Division

　　　　　　　　　　　　　　　　　　　FERNANDO AMARILLAS
　　　　　　　　　　　　　　　　　　　Chief, Equity Section

　　　　　　　　　　　　　　　　　　　*/s/* Shani C. Brown
　　　　　　　　　　　　　　　　　　　SHANI C. BROWN [1617726]
　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　441 Fourth Street, N.W., Suite 630 South
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　(202) 724-6606
　　　　　　　　　　　　　　　　　　　(202) 741-0554 (fax)
　　　　　　　　　　　　　　　　　　　shani.brown@dc.gov

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant District of Columbia*