UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL HOLLAND,** *et al.*, <br><br> On behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **GOVERNMENT OF THE DISTRICT OF COLUMBIA,** <br><br> Defendant. | Civil Action No: **15-01380 (JMC)** |

## NOTICE OF DEATH OF PLAINTIFF

Counsel for Plaintiff hereby files this Notice of Death, pursuant to Federal Rule of Civil Procedure 25(a), to inform the Court that Plaintiff Michael Holland passed away recently. The estate of Michael Holland is in the process of being opened, and Mr. Holland's niece, Angela Davis, will promptly apply to be appointed a personal representative. Counsel will move to substitute Mr. Holland's niece, Ms. Davis, as the proper party once appointed.

Respectfully submitted,

/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

1

Counsel for Plaintiffs

717 D Street N.W., Ste 300
Washington, DC 20004-2815
Phone 202/824-0700
Email claibornelaw@gmail.com